DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY PEOPLES,**
Appellant,

v.

**PUBLIX SUPER MARKETS, INC.,**
Appellee.

No. 4D2025-3281

[May 14, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Randall Goodman, Judge; L.T. Case No. 502023CA004948XXXXMB.

Jimmy Peoples, Kissimmee, pro se.

Edward George Guedes and Richard Bradlee Rosengarten of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***